# CLERK'S COURTROOM MINUTE SHEET - GENERAL

## Case No. 11-20133-01-05-CM

| **CAPTION:** | **APPEARANCES:** |
|---|---|
| UNITED STATES OF AMERICA | D. Christopher Oakley |
| Plaintiff, | |
| v. | |
| DAVID P. DRAKE | Mark A. Thomason |
| DONALD D. SNIDER, JR. | Gregory C. Robinson |
| VICKIE A. HALL | Thomas H. Johnson |
| HEATHER A. GIBBS | Forrest A. Lowry |
| JAMES B. CLARKSON | Shazzie Naseem |
| Defendants. | |

**Judge:** James P. O'Hara     **Clerk:** Kathy Grant     **Recorded:** 9:04 FTR/JPO

**Date:** January 23, 2014     **Location:** Kansas City

**Length of Hearing:**     ___Hr(s) _5_ Min(s)

**Hearing Completed:**     (X) Yes     ( ) No

(X)   Arraignment on Superseding Indictment

　　　Defendants appeared through counsel having filed waivers of appearance (ECF docs. 135, 136, 138, 139, & 144), court finds those to be in order, and court enters not guilty pleas to counts in the superseding indictment pertaining to each defendant, ie.,:

| | |
|---|---|
| David P. Drake | Counts 1, 2, 3 |
| Donald D. Snider, Jr. | Counts 1, 2, 3, 10-15, 21-24 |
| Vickie A. Hall | Counts 1, 2, 3, 4-6, 16-18 |
| Heather A. Gibbs | Counts 1, 2, 3, 7-9, 19-20 |
| James B. Clarkson | Counts 1, 3 |