CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA

        Plaintiff,

v.        Case No:  11-20133-01/05

DAVID DRAKE (01),
DONALD D. SNIDER, JR. (02)
VICKIE A. HALL (03)
HEATHER A. GIBBS (04)
JAMES B. CLARKSON (05),

        Defendants.

**Attorney for Plaintiff: Chris Oakley**
**Attorney for Defendant: Mark Thomason, Gregory Robinson, Thomas H. Johnson, Forrest Lowry, Shazzie Naseem**

| JUDGE: | Carlos Murguia | DATE: | 1/23/2014 |
|---|---|---|---|
| CLERK: | Casey Tourtillott | TAPE/REPORTER: | Nancy Wiss |
| INTERPRETER: | | PROBATION: | |

**HEARING ON MOTION TO CONTINUE**

Defendants appear by their counsel and waived their right to appear.  For the reasons stated on the record, the Court grants defendant's motion to continue and sets this case for trial on January 12, 2015 at 9:00 a.m.

This case has been designated as a complex case.  Pursuant to the specific findings set forth in full on the record, the Court finds that the ends of justice served by allowing the defendant the additional time requested outweigh the best interest of the public and the defendant in a speedy trial and that the continuance shall be granted.

It is ordered by the court  that the period of delay resulting from the additional time granted pursuant to the court's order, **June 2, 2014 until January 12, 2015**,  shall be deemed excludable time as provided for in 18 U.S.C. § 3161(h)(7)(A), in that the ends of justice served by the granting of an extension outweigh the best interest of the public and the defendant in a speedy trial.

Pretrial motions due:  8/11/2014
Responses due:  8/18/2014
Hearing on Motions:  8/26/2014 at 9:30 a.m.

Status conference set on 4/28/2014 at 9:30 a.m.