IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | No.  11-CR-20133-03, 04-CM/JPO |
| ) | |
| **VICKIE A. HALL and** ) | |
| **HEATHER A. GIBBS** ) | |
| ) | |
| **Defendants.** ) | |

## INFORMATION

The United States Attorney for the District of Kansas charges:

## COUNT ONE

Beginning from the period in or around January 2006, and continuing until in or about August 2008, in the District of Kansas, the defendants,

**VICKIE A. HALL and**
**HEATHER A. GIBBS,**

having knowledge of the actual commission of a felony cognizable by a court of the United States, concealed the same and did not make known the same to some judge or other person in civil authority under the United States, in violation of Title 18, United States Code, Section 4.

> BARRY R. GRISSOM
> UNITED STATES ATTORNEY
> DISTRICT OF KANSAS
>
> s/ D. Christopher Oakley
> D. CHRISTOPHER OAKLEY, #19248
> Assistant United States Attorney
> District of Kansas
> 500 State Avenue, Suite 360
> Kansas City, Kansas  66061

**Penalties:**

Count 1:  18 U.S.C. § 4 – Misprison of Felony

    Not more than 3 years imprisonment;
    NMT $250,000 fine;
    NMT 1 year supervised release;
    $100 special assessment